**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Corrine M. Jurick aka Cory M. Jurick          CHAPTER 13

            Debtor(s)          BKY. NO. 19-24512 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

       Respectfully submitted,

       **/s/James C. Warmbrodt, Esquire**
       James C. Warmbrodt, Esquire
       Attorney I.D. No. 42524
       KML Law Group, P.C.
       BNY Mellon Independence Center
       701 Market Street, Suite 5000
       Philadelphia, PA 19106
       412-430-3594
       jwarmbrodt@kmllawgroup.com