IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Corrine M. Jurick, | ) | Case No. 19-24512 GLT |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Corrine M. Jurick, | ) | Related to Document No. 38 |
| Social Security No. XXX-XX- 5036 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Dynamet Inc. USA    and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 21, 2022, a true and correct copy of the *Order to Pay Trustee together with Notice of Debtor's Social Security Number* was served by U.S. First Class Mail, postage prepaid, upon the following persons and parties:

Corrine M. Jurick
16 Sylvan Ave
Carnegie, PA 15106

Dynamet Inc. USA
Attn: Payroll Dept.
195 Museum Road
Washington, PA 15301

**Service by CM/ECF Mail:**
Ronda Winnecour, Trustee

Date of Service: April 21, 2022        /s/ Julie Frazee Steidl
                                       Julie Frazee Steidl, Esquire
                                       STEIDL & STEINBERG
                                       28th Floor, Gulf Tower
                                       707 Grant Street
                                       Pittsburgh, PA 15219
                                       (412) 391-8000
                                       PA I.D. 35937