IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Corrine M. Jurick, | ) | |
|    *Debtor* | ) | Case No.  19-24512 GLT |
| | ) | Chapter 13 |
| Corrine M. Jurick, | ) | |
|    *Movant* | ) | Document No. |
| | ) | |
| No Respondents | ) | |

### **DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.  The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On February 3, 2020 at docket number 25, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by*:* The Debtor carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.


<u>October 9, 2024</u>                                              <u>/s/ Corrine M. Jurick</u>
Date                                                                      Debtor

        Respectfully submitted,

| | |
|---|---|
| November 20, 2024 | /s/ Julie Frazee Steidl |
| DATE | Julie Frazee Steidl, Esquire |
| | Attorney for the Debtor |
| | STEIDL & STEINBERG |
| | 436 Seventh Avenue, Suite 322 |
| | Pittsburgh, PA 15219 |
| | (412) 391-8000 |
| | julie.steidl@steidl-steinberg.com |
| | PA I.D. No. 35937 |

**PAWB Local Form 24 (07/13)**