Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Corrine M. Jurick** | : | Case No. 19−24512−GLT |
| **aka Cory M. Jurick** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 55 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 3/12/25 at 11:00 AM |
| *Respondent(s).* | : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

      **AND NOW,** this ***The 27th of December, 2024***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 55 by the Chapter 13 Trustee,

      It is hereby ***ORDERED, ADJUDGED*** and ***DECREED*** that:

      (1)  ***On or before February 10, 2025***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

      (2)  This Motion is scheduled for hearing on ***March 12, 2025 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at:
http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf).
**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

      (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

      (4)  Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing*.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24512-GLT |
| Corrine M. Jurick | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Dec 27, 2024 | Form ID: 604 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Corrine M. Jurick, 16 Sylvan Ave, Carnegie, PA 15106-1495 |
| 15160715 | | AssetCare, Lee Morris, Sherman, TX 75090 |
| 15160719 | + | Brooke R. Waisbord, Esq., KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15160729 | | Northstar Anethesia of PA LLC, PO Box 612625, Dallas, TX 75261-2625 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 27 2024 23:42:12 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15160703 | + | Email/Text: bncnotifications@pheaa.org | Dec 27 2024 23:35:00 | Aes/pheaaelt, Pob 61047, Harrisburg, PA 17106-1047 |
| 15160709 | + | Email/Text: bncnotifications@pheaa.org | Dec 27 2024 23:35:00 | Aes/pheaaelt, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15160717 | + | Email/Text: bnc-capio@quantum3group.com | Dec 27 2024 23:35:00 | AssetCare, Attn: Bankruptcy, Po Box 1127, Sherman, TX 75091-1127 |
| 15182106 | | Email/PDF: bncnotices@becket-lee.com | Dec 27 2024 23:42:19 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15160721 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 27 2024 23:42:07 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15160720 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 27 2024 23:40:38 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15218769 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 27 2024 23:35:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15160722 | + | Email/Text: Bankruptcy@ICSystem.com | Dec 27 2024 23:35:00 | IC System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15160723 | + | Email/Text: Bankruptcy@ICSystem.com | Dec 27 2024 23:35:00 | IC System, Inc, Attn: Bankruptcy, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15160725 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 27 2024 23:35:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15160724 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 27 2024 23:35:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15190905 | ^ | MEBN | Dec 27 2024 23:28:01 | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 15160727 | | Email/Text: camanagement@mtb.com | Dec 27 2024 23:35:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15160726 | | Email/Text: camanagement@mtb.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2024 | Form ID: 604 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 27 2024 23:35:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 15606420 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 27 2024 23:40:55 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15160728 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 27 2024 23:35:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 15186525 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 27 2024 23:35:00 | Midland Funding LLC, PO Box 2037, Warren, MI 48090-2037 |
| 15160730 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 27 2024 23:42:27 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15175366 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 27 2024 23:42:21 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15183429 | | Email/Text: bnc-quantum@quantum3group.com | Dec 27 2024 23:35:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15172713 | + | Email/Text: bncnotifications@pheaa.org | Dec 27 2024 23:35:00 | SUNTRUST, c/o PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15160732 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 27 2024 23:35:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 15160731 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 27 2024 23:35:00 | Santander Consumer USA, Po Box 961211, Fort Worth, TX 76161-0211 |
| 15170761 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 27 2024 23:35:00 | Santander Consumer USA Inc, P.O. Box 560284, Dallas, TX 75356-0284 |
| 15161111 | ^ | MEBN | Dec 27 2024 23:28:35 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| cr | | MIDFIRST BANK |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 15160704 | *+ | Aes/pheaaelt, Pob 61047, Harrisburg, PA 17106-1047 |
| 15160705 | *+ | Aes/pheaaelt, Pob 61047, Harrisburg, PA 17106-1047 |
| 15160706 | *+ | Aes/pheaaelt, Pob 61047, Harrisburg, PA 17106-1047 |
| 15160707 | *+ | Aes/pheaaelt, Pob 61047, Harrisburg, PA 17106-1047 |
| 15160708 | *+ | Aes/pheaaelt, Pob 61047, Harrisburg, PA 17106-1047 |
| 15160713 | *+ | Aes/pheaaelt, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15160714 | *+ | Aes/pheaaelt, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15160710 | *+ | Aes/pheaaelt, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15160711 | *+ | Aes/pheaaelt, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15160712 | *+ | Aes/pheaaelt, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15160716 | * | AssetCare, Lee Morris, Sherman, TX 75090 |
| 15160718 | *+ | AssetCare, Attn: Bankruptcy, Po Box 1127, Sherman, TX 75091-1127 |

TOTAL: 2 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Dec 27, 2024 | Form ID: 604 | Total Noticed: 30 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2024            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2024 at the address(es) listed below:**

**Name**          **Email Address**

Brent J. Lemon
　　　　on behalf of Creditor MIDFIRST BANK blemon@kmllawgroup.com  lemondropper75@hotmail.com

Denise Carlon
　　　　on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com

Julie Frazee Steidl
　　　　on behalf of Debtor Corrine M. Jurick julie.steidl@steidl-steinberg.com
　　　　abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Office of the United States Trustee
　　　　ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
　　　　cmecf@chapter13trusteewdpa.com

TOTAL: 5