## IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

CORRINE M. JURICK

        Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
        Movant
     vs.
No Respondents.

Case No.:19-24512

Chapter 13

Document No.:

### CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
### AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

    **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 23, 2024

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 11/20/2019  and confirmed on 12/19/19 .  The case was subsequently
Completed After Confirmation

    2.  The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 135,742.22 |
| Less Refunds to Debtor | 1,663.56 | |
| TOTAL AMOUNT OF PLAN FUND | | 134,078.66 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,000.00 | |
|   Trustee Fee | 6,918.25 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,918.25 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| MIDFIRST BANK | 0.00 | 75,493.62 | 0.00 | 75,493.62 |
|   Acct: 1556 | | | | |
| MIDFIRST BANK | 13,484.65 | 13,484.65 | 0.00 | 13,484.65 |
|   Acct: 1556 | | | | |
| SANTANDER CONSUMER USA | 19,318.36 | 19,318.36 | 3,564.12 | 22,882.48 |
|   Acct: 9801 | | | | |
| | | | | 111,860.75 |
| **Priority** | | | | |
| JULIE FRAZEE STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| CORRINE M. JURICK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| CORRINE M. JURICK | 1,663.56 | 1,663.56 | 0.00 | 0.00 |
|   Acct: | | | | |
| STEIDL & STEINBERG PC | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| ECMC(*) | 3,884.63 | 3,884.63 | 0.00 | 3,884.63 |
|   Acct: 5036 | | | | |
| AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0010 | | | | |
| AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0008 | | | | |
| AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0009 | | | | |
| AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0011 | | | | |
| AES/PHEAA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0013 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDI( | 184.94 | 184.94 | 0.00 | 184.94 |
|   Acct: 0381 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDI( | 147.93 | 147.93 | 0.00 | 147.93 |

19-24512                                                                                          Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 0941 | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8293 | | | | |
| IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5805 | | | | |
| CAPITAL ONE NA** | 1,080.23 | 1,080.23 | 0.00 | 1,080.23 |
| Acct: 0106 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 3,225.23 | 3,225.23 | 0.00 | 3,225.23 |
| Acct: 1698 | | | | |
| QUANTUM3 GROUP LLC AGNT - CF MEDI( | 1,191.66 | 1,191.66 | 0.00 | 1,191.66 |
| Acct: 544P | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 2,585.04 | 2,585.04 | 0.00 | 2,585.04 |
| Acct: 3691 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3699 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALDRIDGE PITE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 12,299.66 |

TOTAL PAID TO CREDITORS                                                                          124,160.41

TOTAL CLAIMED
PRIORITY              0.00
SECURED           32,803.01
UNSECURED        12,299.66


Date: 12/23/2024                                    /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    CORRINE M. JURICK

        Debtor(s)

    Ronda J. Winnecour
           Movant
        vs.
    No Repondents.

Case No.:19-24512

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                  Case No. 19-24512-GLT

Corrine M. Jurick                                                                       Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                        User: auto                                  Page 1 of 3

Date Rcvd: Dec 27, 2024                     Form ID: pdf900                              Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Corrine M. Jurick, 16 Sylvan Ave, Carnegie, PA 15106-1495 |
| 15160715 | | AssetCare, Lee Morris, Sherman, TX 75090 |
| 15160719 | + | Brooke R. Waisbord, Esq., KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15160729 | | Northstar Anethesia of PA LLC, PO Box 612625, Dallas, TX 75261-2625 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 27 2024 23:41:27 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15160703 | + | Email/Text: bncnotifications@pheaa.org | Dec 27 2024 23:35:00 | Aes/pheaaelt, Pob 61047, Harrisburg, PA 17106-1047 |
| 15160709 | + | Email/Text: bncnotifications@pheaa.org | Dec 27 2024 23:35:00 | Aes/pheaaelt, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15160717 | + | Email/Text: bnc-capio@quantum3group.com | Dec 27 2024 23:35:00 | AssetCare, Attn: Bankruptcy, Po Box 1127, Sherman, TX 75091-1127 |
| 15182106 | | Email/PDF: bncnotices@becket-lee.com | Dec 27 2024 23:41:35 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15160721 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 27 2024 23:41:24 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15160720 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 27 2024 23:40:42 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15218769 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 27 2024 23:35:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15160722 | + | Email/Text: Bankruptcy@ICSystem.com | Dec 27 2024 23:35:00 | IC System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15160723 | + | Email/Text: Bankruptcy@ICSystem.com | Dec 27 2024 23:35:00 | IC System, Inc, Attn: Bankruptcy, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15160725 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 27 2024 23:35:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15160724 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 27 2024 23:35:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15190905 | ^ | MEBN | Dec 27 2024 23:28:02 | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 15160727 | | Email/Text: camanagement@mtb.com | Dec 27 2024 23:35:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15160726 | | Email/Text: camanagement@mtb.com | | |

District/off: 0315-2 | User: auto | Page 2 of 3
Date Rcvd: Dec 27, 2024 | Form ID: pdf900 | Total Noticed: 30

| | | | | |
|---|---|---|---|---|
| 15606420 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 27 2024 23:35:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| | | | Dec 27 2024 23:42:21 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15160728 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 27 2024 23:35:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 15186525 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 27 2024 23:35:00 | Midland Funding LLC, PO Box 2037, Warren, MI 48090-2037 |
| 15160730 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 27 2024 23:40:39 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15175366 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 27 2024 23:41:29 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15183429 | | Email/Text: bnc-quantum@quantum3group.com | Dec 27 2024 23:35:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15172713 | + | Email/Text: bncnotifications@pheaa.org | Dec 27 2024 23:35:00 | SUNTRUST, c/o PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15160732 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 27 2024 23:35:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 15160731 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 27 2024 23:35:00 | Santander Consumer USA, Po Box 961211, Fort Worth, TX 76161-0211 |
| 15170761 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 27 2024 23:35:00 | Santander Consumer USA Inc, P.O. Box 560284, Dallas, TX 75356-0284 |
| 15161111 | ^ | MEBN | Dec 27 2024 23:28:36 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| cr | | MIDFIRST BANK |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 15160704 | *+ | Aes/pheaaelt, Pob 61047, Harrisburg, PA 17106-1047 |
| 15160705 | *+ | Aes/pheaaelt, Pob 61047, Harrisburg, PA 17106-1047 |
| 15160706 | *+ | Aes/pheaaelt, Pob 61047, Harrisburg, PA 17106-1047 |
| 15160707 | *+ | Aes/pheaaelt, Pob 61047, Harrisburg, PA 17106-1047 |
| 15160708 | *+ | Aes/pheaaelt, Pob 61047, Harrisburg, PA 17106-1047 |
| 15160713 | *+ | Aes/pheaaelt, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15160714 | *+ | Aes/pheaaelt, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15160710 | *+ | Aes/pheaaelt, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15160711 | *+ | Aes/pheaaelt, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15160712 | *+ | Aes/pheaaelt, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15160716 | * | AssetCare, Lee Morris, Sherman, TX 75090 |
| 15160718 | *+ | AssetCare, Attn: Bankruptcy, Po Box 1127, Sherman, TX 75091-1127 |

TOTAL: 2 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

District/off: 0315-2                              User: auto                              Page 3 of 3
Date Rcvd: Dec 27, 2024                           Form ID: pdf900                         Total Noticed: 30

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor MIDFIRST BANK blemon@kmllawgroup.com  lemondropper75@hotmail.com |
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Julie Frazee Steidl | on behalf of Debtor Corrine M. Jurick julie.steidl@steidl-steinberg.com abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5