| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Corrine M. Jurick<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5036<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 19-24512-GLT | |

# Order of Discharge                                                                                             12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Corrine M. Jurick
   aka Cory M. Jurick

2/11/25                                                      **By the court:** Gregory L Taddonio
                                                                                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                              **Chapter 13 Discharge**                              page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Corrine M. Jurick  
    Debtor

Case No. 19-24512-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Feb 11, 2025      Form ID: 3180W      Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Corrine M. Jurick, 16 Sylvan Ave, Carnegie, PA 15106-1495 |
| 15160715 | | AssetCare, Lee Morris, Sherman, TX 75090 |
| 15160719 | + | Brooke R. Waisbord, Esq., KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15160729 | | Northstar Anethesia of PA LLC, PO Box 612625, Dallas, TX 75261-2625 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Feb 12 2025 05:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 12 2025 00:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 12 2025 05:03:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 12 2025 00:22:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Feb 12 2025 05:03:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15160703 | + | Email/Text: bncnotifications@pheaa.org | Feb 12 2025 00:21:00 | Aes/pheaaelt, Pob 61047, Harrisburg, PA 17106-1047 |
| 15160709 | + | Email/Text: bncnotifications@pheaa.org | Feb 12 2025 00:21:00 | Aes/pheaaelt, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15160717 | + | EDI: CAPIO.COM | Feb 12 2025 05:03:00 | AssetCare, Attn: Bankruptcy, Po Box 1127, Sherman, TX 75091-1127 |
| 15182106 | | Email/PDF: bncnotices@becket-lee.com | Feb 12 2025 00:28:05 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15160721 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 12 2025 00:28:30 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15160720 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 12 2025 00:41:12 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15218769 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 12 2025 00:22:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15160722 | + | EDI: LCIICSYSTEM | Feb 12 2025 05:03:00 | IC System, Inc, Po Box 64378, Saint Paul, MN |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 11, 2025 | Form ID: 3180W | Total Noticed: 32 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 55164-0378 |
| 15160723 | + | EDI: LCIICSYSTEM | Feb 12 2025 05:03:00 | IC System, Inc, Attn: Bankruptcy, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15160725 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 12 2025 00:20:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15160724 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 12 2025 00:20:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15190905 | ^ | MEBN | Feb 12 2025 00:05:56 | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 15160727 | | Email/Text: camanagement@mtb.com | Feb 12 2025 00:21:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15160726 | | Email/Text: camanagement@mtb.com | Feb 12 2025 00:21:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 15606420 | + | EDI: AISMIDFIRST | Feb 12 2025 05:03:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15160728 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 12 2025 00:22:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 15186525 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 12 2025 00:22:00 | Midland Funding LLC, PO Box 2037, Warren, MI 48090-2037 |
| 15160730 | | EDI: PRA.COM | Feb 12 2025 05:03:00 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15175366 | | EDI: PRA.COM | Feb 12 2025 05:03:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15183429 | | EDI: Q3G.COM | Feb 12 2025 05:03:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15172713 | + | Email/Text: bncnotifications@pheaa.org | Feb 12 2025 00:21:00 | SUNTRUST, c/o PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15160732 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 12 2025 00:22:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 15160731 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 12 2025 00:22:00 | Santander Consumer USA, Po Box 961211, Fort Worth, TX 76161-0211 |
| 15170761 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 12 2025 00:22:00 | Santander Consumer USA Inc, P.O. Box 560284, Dallas, TX 75356-0284 |
| 15161111 | ^ | MEBN | Feb 12 2025 00:06:59 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| cr | | MIDFIRST BANK |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 15160704 | *+ | Aes/pheaaelt, Pob 61047, Harrisburg, PA 17106-1047 |
| 15160705 | *+ | Aes/pheaaelt, Pob 61047, Harrisburg, PA 17106-1047 |
| 15160706 | *+ | Aes/pheaaelt, Pob 61047, Harrisburg, PA 17106-1047 |
| 15160707 | *+ | Aes/pheaaelt, Pob 61047, Harrisburg, PA 17106-1047 |
| 15160708 | *+ | Aes/pheaaelt, Pob 61047, Harrisburg, PA 17106-1047 |
| 15160711 | *+ | Aes/pheaaelt, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15160712 | *+ | Aes/pheaaelt, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |

| | | |
|---|---|---|
| 15160713 | *+ | Aes/pheaaelt, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15160714 | *+ | Aes/pheaaelt, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15160710 | *+ | Aes/pheaaelt, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15160716 | * | AssetCare, Lee Morris, Sherman, TX 75090 |
| 15160718 | *+ | AssetCare, Attn: Bankruptcy, Po Box 1127, Sherman, TX 75091-1127 |

TOTAL: 2 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2025        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor MIDFIRST BANK blemon@kmllawgroup.com  lemondropper75@hotmail.com |
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Julie Frazee Steidl | on behalf of Debtor Corrine M. Jurick julie.steidl@steidl-steinberg.com abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5