IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
2/11/25 12:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    CORRINE M. JURICK

        Debtor(s)

    Ronda J. Winnecour
          Movant
        vs.
    No Repondents.

Case No.:19-24512

Chapter 13

Related to Docket No. 55

ORDER OF COURT

AND NOW, this _11th Day of February, 2025_____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 19-24512-GLT |
|---|---|
| Corrine M. Jurick | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 11, 2025 | Form ID: pdf900 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Corrine M. Jurick, 16 Sylvan Ave, Carnegie, PA 15106-1495 |
| 15160715 | | AssetCare, Lee Morris, Sherman, TX 75090 |
| 15160719 | + | Brooke R. Waisbord, Esq., KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15160729 | | Northstar Anethesia of PA LLC, PO Box 612625, Dallas, TX 75261-2625 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 12 2025 00:27:49 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15160703 | + | Email/Text: bncnotifications@pheaa.org | Feb 12 2025 00:21:00 | Aes/pheaaelt, Pob 61047, Harrisburg, PA 17106-1047 |
| 15160709 | + | Email/Text: bncnotifications@pheaa.org | Feb 12 2025 00:21:00 | Aes/pheaaelt, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15160717 | + | Email/Text: bnc-capio@quantum3group.com | Feb 12 2025 00:22:00 | AssetCare, Attn: Bankruptcy, Po Box 1127, Sherman, TX 75091-1127 |
| 15182106 | | Email/PDF: bncnotices@becket-lee.com | Feb 12 2025 00:53:51 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15160721 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 12 2025 00:28:27 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15160720 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 12 2025 00:27:48 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15218769 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 12 2025 00:22:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15160722 | + | Email/Text: Bankruptcy@ICSystem.com | Feb 12 2025 00:21:00 | IC System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15160723 | + | Email/Text: Bankruptcy@ICSystem.com | Feb 12 2025 00:21:00 | IC System, Inc, Attn: Bankruptcy, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15160725 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 12 2025 00:20:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15160724 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 12 2025 00:20:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15190905 | ^ | MEBN | Feb 12 2025 00:05:57 | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 15160727 | | Email/Text: camanagement@mtb.com | Feb 12 2025 00:21:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15160726 | | Email/Text: camanagement@mtb.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 11, 2025 | Form ID: pdf900 | Total Noticed: 30 |

| | | | Date/Time | Name and Address |
|---|---|---|---|---|
| 15606420 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 12 2025 00:21:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| | | | Feb 12 2025 00:40:17 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15160728 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 12 2025 00:22:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 15186525 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 12 2025 00:22:00 | Midland Funding LLC, PO Box 2037, Warren, MI 48090-2037 |
| 15160730 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 12 2025 00:29:17 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15175366 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 12 2025 00:27:48 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15183429 | | Email/Text: bnc-quantum@quantum3group.com | Feb 12 2025 00:22:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15172713 | + | Email/Text: bncnotifications@pheaa.org | Feb 12 2025 00:21:00 | SUNTRUST, c/o PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15160732 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 12 2025 00:22:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 15160731 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 12 2025 00:22:00 | Santander Consumer USA, Po Box 961211, Fort Worth, TX 76161-0211 |
| 15170761 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 12 2025 00:22:00 | Santander Consumer USA Inc, P.O. Box 560284, Dallas, TX 75356-0284 |
| 15161111 | ^ | MEBN | Feb 12 2025 00:07:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| cr | | MIDFIRST BANK |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 15160704 | *+ | Aes/pheaaelt, Pob 61047, Harrisburg, PA 17106-1047 |
| 15160705 | *+ | Aes/pheaaelt, Pob 61047, Harrisburg, PA 17106-1047 |
| 15160706 | *+ | Aes/pheaaelt, Pob 61047, Harrisburg, PA 17106-1047 |
| 15160707 | *+ | Aes/pheaaelt, Pob 61047, Harrisburg, PA 17106-1047 |
| 15160708 | *+ | Aes/pheaaelt, Pob 61047, Harrisburg, PA 17106-1047 |
| 15160713 | *+ | Aes/pheaaelt, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15160714 | *+ | Aes/pheaaelt, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15160710 | *+ | Aes/pheaaelt, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15160711 | *+ | Aes/pheaaelt, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15160712 | *+ | Aes/pheaaelt, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15160716 | * | AssetCare, Lee Morris, Sherman, TX 75090 |
| 15160718 | *+ | AssetCare, Attn: Bankruptcy, Po Box 1127, Sherman, TX 75091-1127 |

TOTAL: 2 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Feb 11, 2025 | Form ID: pdf900 | Total Noticed: 30

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2025               Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | |
| | on behalf of Creditor MIDFIRST BANK blemon@kmllawgroup.com  lemondropper75@hotmail.com |
| Denise Carlon | |
| | on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com |
| Julie Frazee Steidl | |
| | on behalf of Debtor Corrine M. Jurick julie.steidl@steidl-steinberg.com abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

TOTAL: 5